**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MARGUERITTE HAWKEN,

Plaintiff,

vs.

NEVRO CORPORATION, et al.,

Defendants.

Case No.: 26-cv-02522-HSG

**ORDER MODIFYING CASE SCHEDULING DEADLINES (as modified)**

Having duly considered the Stipulated Request for Order Changing Time filed by plaintiff Margueritte Hawken and defendants Nevro LLC and Globus Medical, Inc., the Court finds that it has merit. The Court, therefore, ORDERS as follows:

1. Nevro LLC (*f/k/a* Nevro Corporation) and Globus Medical, Inc., shall file an answer or otherwise respond to Plaintiff's Complaint, ECF No. 1, on or before October 16, 2026;

2. The Case Management Event Deadlines set forth in the text Order entered on June 1, 2026, ECF No. 15, are amended as follows:

| **Case Management Event** | **Deadline** |
|---|---|
| Deadline to file ADR Certification (See Civ. L.R. 3-15) | 11/02/2026 |

| | |
|---|---|
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (See F.R. Civ. P 26(f)) | 11/02/2026 |
| Deadline to make initial disclosures (See F.R. Civ. P. 26(a)(1) | 11/16/2026 |
| Deadline to file Joint Case Management Statement. (See Standing Order for All Judges of the Northern District of California) | 11/16/2026 |
| Initial Case Management Conference location: **To be held by Zoom. The zoom information and instructions remain the same as previously provided in docket no. 18.** | **11/24/2026 at 2:00 p.m.** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 8/13/2026

Haywood S. Gilliam, Jr.
United States District Court Judge